IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JAMES JULIAN,<br><br>Plaintiff,<br><br>v.<br><br>BOTTOM LINE CONCEPTS, LLC, a Florida Limited Liability Company<br><br>Defendant. | § § § § § § § § § § § § § § | FILED<br>U.S. District Court<br>District of Kansas<br><br>NOV 07 2023<br><br>Clerk, U.S. District Court<br>By_____ Deputy Clerk<br><br>2:23-cv-02493-KHV-TJJ |

## COMPLAINT

Pro Se Plaintiff James Julian files this Complaint against Defendant Bottom Line Concepts, LLC ("BLC") for violations of (1) the federal Telephone Consumer Protection Act ("TCPA") law governing telephone solicitation, alleging as follows:

### INTRODUCTION

1.  From April 2023 to May 2023, Plaintiff received a barrage of illegal telemarketing calls made by Defendant BLC soliciting ERC tax credit services.

2.  Plaintiff seeks redress under the TCPA, demanding that the calls stop.

### JURISDICTION AND VENUE

3.  This Court has subject matter jurisdiction over Counts I under 28 U.S.C § 1331, because the claims arise under the federal Telephone Consumer Protection Act, 47 U.S.C. § 227. *See Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 386-87 (2012) (holding that federal courts have federal question jurisdiction over private actions brought under the TCPA).

4.  The Court has supplemental jurisdiction over Counts II under 28 U.S.C § 1367.

1

5. This Court has personal jurisdiction over Defendant because Defendant purposefully availed itself to the State of Kansas and to this District, and there is a sufficient relationship between Defendant's purposeful contacts with Kansas and the litigation:

   a) Defendant targets Kansas when marketing their services and regularly conducts business in this District, including telephone solicitations.

   b) These calls to Kansas injured Plaintiff in Kansas, creating a causal link among Defendant, the forum, and the litigation that exceeds the non-causal affiliation that is sufficient to support personal specific jurisdiction. *See Ford Motor Co. v Mont. Eight Jud. Dist. Ct.*, 141 S. Ct. 1017 (2021).

6. Venue is proper under 28 U.S.C. § 1391(b)(2).

## PARTIES

7. Plaintiff JAMES JULIAN ("Plaintiff" or "Julian") is a natural person domiciled in Kansas who received the incessant and intrusive calls made on behalf of Defendant BLC to market their ERC tax credit services.

8. Defendant BOTTOM LINE CONCEPTS LLC ("BLC") is a limited liability company organized and existing under the laws of Florida and can be served via its registered agent BRYN Law Group, 2 South Biscayne Blvd, Suite 2600, Miami, Florida 33131.

## FACTUAL ALLEGATIONS

9. The TCPA was enacted to protect consumers' privacy interests by prohibiting unwanted, repetitive, and invasive telephone solicitations.

10. Plaintiff successfully registered his personal phone number ending in -1687 on the National Do-Not-Call Registry ("DNC") on April 25, 2006.

11. Plaintiff's phone ending in -1687 is a residential phone line.

12. Plaintiff is a "person" as defined by 47 U.S.C. § 153(39).

13. Defendant BLC is a "person" as the term is defined by 47 U.S.C. § 153(39).

14. Defendant BLC offers employee retention tax credit ("ERC") services to businesses.

15. As part of their marketing, Defendant BLC makes illegal robocalls with a prerecorded voice message to thousands of consumers residential phone numbers soliciting Defendant BLC's ERC services.

16. Plaintiff received at least three hundred and one (301) robocalls with a prerecorded voice message to his personal cell phone ending in -1687 ("the calls") from January 24, 2023, to July 6, 2023, from Defendant BLC soliciting their ERC services.

17. Plaintiff has never had any relationship with Defendant BLC or has never been a customer of Defendant BLC and never gave them his prior express written consent to receive any of the alleged calls.

18. Each and every call started with the same prerecorded voice message when Plaintiff answered soliciting Defendant BLC's ERC services.

19. The calls were clearly prerecorded because (a) they were sent with automated technology used to mask Caller IDs (b) they used a singular monotone voice (c) they were a generic message not personalized for the recipient (d) there was a pause on each call prior to the prerecorded voice message being played.

20. The prerecorded voice message does not identify Defendant BLC's identity.

21. Defendant BLC has been sued prior to this lawsuit for violating the TCPA and refuses to curtail their illegal behavior because violating the TCPA benefits Defendant BLC financially.

22. **Call #1** - On January 24, 2023, at 3:47 PM, Plaintiff received a call from Defendant BLC from phone number (615) 348-9765.

23. Plaintiff answered and heard a prerecorded voice message soliciting ERC services.

24. Plaintiff did not request to information regarding ERC services and was not interested.

25. The prerecorded voice message stated to "press 8" to be removed from the calling list. Plaintiff "pressed 8" and disconnected the call.

26. Despite Plaintiff's request to be removed from the calling list, Plaintiff was bombarded and harassed by Defendant BLC by receiving over three hundred robocalls with the same prerecorded voice message to Plaintiff's phone -1687 soliciting their ERC services.

27. Plaintiff answered each and every call and was interrupted during working hours and would have to disconnect the calls after hearing the prerecorded voice message start playing.

28. **Call #228** - On May 17, 2023, at 4:33 PM, Plaintiff received a call from phone number (904) 375-6321.

29. Plaintiff answered and again heard the same prerecorded voice message as every call soliciting ERC services.

30. Plaintiff was extremely annoyed and aggravated for continuing to receive robocalls with the same prerecorded voice message during working hours and followed the prompts for the sole purpose of identifying the company responsible for the harassing robocalls.

31. Plaintiff was then connected to a representative from Defendant BLC named Steve Gil.

32. Steve solicited Plaintiff for ERC services on behalf of Defendant BLC.

33. Steve sent Plaintiff an email from docs@email.pandadoc.net with a contract agreement for Plaintiff to sign from Defendant BLC. *See Exhibit A.*

34. The contract agreement states Defendant BLC would charge a fee of 30% from any and all ERC they would collect on behalf of Plaintiff.

35. The email and contract Plaintiff received from Steve revealed and confirmed Defendant

BLC was the company responsible for the calls.

36. Plaintiff advised Steve during the call that the only reason Plaintiff said he was interested was to identify the company who kept calling and harassing Plaintiff.

37. Plaintiff advised Steve to remove Plaintiff's phone number -1687 from Defendant BLC's calling list and to stop calling.

38. **Call #232** - On May 19, 2023, at 9:49 AM, Plaintiff received a call from Defendant BLC from phone number (915) 955-8320.

39. Plaintiff answered and again heard the same prerecorded voice message as every call soliciting ERC services on behalf of Defendant BLC.

40. Plaintiff again engaged in the call and made contact with another representative from Defendant BLC named Faith Mejia who again solicited Plaintiff for ERC services on behalf of Defendant BLC.

41. Faith sent Plaintiff an email from faith@bottom-lineconcepts.com requesting documents to enroll into the ERC services from Defendant BLC.

42. Plaintiff replied to Faith's email later that same day pleading to her that there was a problem with Plaintiff continuing to receive unauthorized robocalls from Defendant BLC and Plaintiff also explained he was prepared to take legal action against Defendant BLC.

43. On May 31, 2023, at 4:07 PM, Plaintiff sent an email to welcome@bottomline.com which is an email owned and controlled by Defendant BLC and stated,

"Your next email or phone call will be considered a threat and I'll take appropriate action." *Exhibit B.*

44. Defendant BLC was on notice that Plaintiff did not want to receive any more calls from Defendant BLC.

45. Plaintiff made multiple do not call requests to Defendant BLC both by via email and via telephone calls when speaking to their representatives along with pressing "8" on the very first call to be removed from Defendant BLC's calling list.

46. Defendant BLC ignored all of Plaintiff's do not call requests.

47. Each and every call Defendant BLC made to Plaintiff after the very first call was made knowingly and willfully.

48. Plaintiff never gave his prior express written consent to receive any of the alleged calls.

49. None of the alleged calls were made to Plaintiff for emergency purposes.

50. Table A below displays calls made to Plaintiff from Defendant BLC:

TABLE A

| Phone Number | Date | Time | Call # |
| --- | --- | --- | --- |
| (615) 348-9765 | 01/24/23 | 3:47 PM | 1 |
| (760) 217-0741 | 01/25/23 | 1:34 PM | 2 |
| (773) 232-8681 | 01/25/23 | 2:36 PM | 3 |
| (516) 866-1558 | 01/27/23 | 2:29 PM | 4 |
| (405) 266-9466 | 01/30/23 | 9:21 AM | 5 |
| (320) 390-0959 | 01/30/23 | 9:52 AM | 6 |
| (718) 216-0925 | 02/01/23 | 7:57 AM | 7 |
| (718) 216-0925 | 02/01/23 | 10:50 AM | 8 |
| (718) 216-0925 | 02/01/23 | 4:12 PM | 9 |
| (718) 216-0925 | 02/02/23 | 8:56 AM | 10 |
| (206) 453-2329 | 02/02/23 | 11:55 AM | 11 |
| (718) 216-0925 | 02/02/23 | 5:06 PM | 12 |
| (718) 216-0925 | 02/03/23 | 8:16 AM | 13 |
| (582) 203-7105 | 02/03/23 | 2:26 PM | 14 |
| (718) 216-0925 | 02/03/23 | 3:38 PM | 15 |
| (718) 216-0925 | 02/07/23 | 10:21 AM | 16 |
| (682) 710-2631 | 02/07/23 | 1:24 PM | 17 |
| (718) 216-0925 | 02/07/23 | 4:50 PM | 18 |
| (360) 302-9388 | 02/08/23 | 12:57 PM | 19 |
| (737) 899-1263 | 02/09/23 | 4:01 PM | 20 |
| (520) 376-5030 | 02/14/23 | 10:56 AM | 21 |
| (240) 489-2823 | 02/15/23 | 11:41 AM | 22 |
| (240) 332-5623 | 02/15/23 | 11:46 AM | 23 |

| Phone | Date | Time | # |
|---|---|---|---|
| (406) 851-9859 | 02/16/23 | 1:51 PM | 24 |
| (239) 399-6299 | 02/16/23 | 3:49 PM | 25 |
| (469) 813-0749 | 02/17/23 | 11:05 AM | 26 |
| (949) 889-2429 | 02/17/23 | 2:33 AM | 27 |
| (530) 512-1176 | 02/18/23 | 12:26 PM | 28 |
| (432) 684-6097 | 02/20/23 | 4:05 PM | 29 |
| (572) 202-2310 | 02/21/23 | 4:02 PM | 30 |
| (636) 443-9522 | 02/22/23 | 10:51 AM | 31 |
| (943) 222-9049 | 02/23/23 | 2:06 PM | 32 |
| (949) 377-1082 | 02/23/23 | 4:13 PM | 33 |
| (855) 812-4430 | 02/24/23 | 11:31 AM | 34 |
| (408) 459-3571 | 02/24/23 | 11:58 AM | 35 |
| (425) 635-2970 | 02/24/23 | 5:47 PM | 36 |
| (229) 320-4938 | 02/25/23 | 11:29 AM | 37 |
| (516) 508-7052 | 02/27/23 | 10:22 AM | 38 |
| (516) 508-7052 | 02/27/23 | 10:34 AM | 39 |
| (315) 649-9209 | 02/27/23 | 1:44 PM | 40 |
| (315) 262-9402 | 02/27/23 | 2:28 PM | 41 |
| (949) 377-1082 | 02/27/23 | 4:53 PM | 42 |
| (316) 444-9134 | 02/28/23 | 10:24 AM | 43 |
| (949) 377-1082 | 03/01/23 | 11:18 AM | 44 |
| (858) 327-3379 | 03/01/23 | 12:15 PM | 45 |
| (803) 809-3675 | 03/01/23 | 12:33 PM | 46 |
| (858) 327-3379 | 03/01/23 | 12:35 PM | 47 |
| (773) 459-2678 | 03/01/23 | 2:23 PM | 48 |
| (858) 327-3379 | 03/01/23 | 2:38 PM | 49 |
| (402) 981-3493 | 03/01/23 | 3:53 PM | 50 |
| (323) 568-1627 | 03/02/23 | 4:31 PM | 51 |
| (214) 501-1257 | 03/03/23 | 8:39 AM | 52 |
| (518) 215-0114 | 03/03/23 | 9:35 AM | 53 |
| (734) 530-9102 | 03/03/23 | 10:41 AM | 54 |
| (701) 428-6296 | 03/03/23 | 4:30 PM | 55 |
| (531) 209-7280 | 03/06/23 | 10:10 AM | 56 |
| (603) 420-7730 | 03/06/23 | 2:15 PM | 57 |
| (949) 377-1082 | 03/06/23 | 4:09 PM | 58 |
| (615) 374-6992 | 03/07/23 | 11:22 AM | 59 |
| (406) 420-5825 | 03/07/23 | 12:30 PM | 60 |
| (502) 947-9073 | 03/07/23 | 5:19 PM | 61 |
| (803) 829-9825 | 03/08/23 | 1:01 PM | 62 |
| (774) 222-9018 | 03/09/23 | 11:13 AM | 63 |
| (559) 557-4502 | 03/09/23 | 4:07 PM | 64 |
| (315) 697-6536 | 03/10/23 | 9:37 AM | 65 |
| (636) 443-9522 | 03/10/23 | 10:41 AM | 66 |

| Phone | Date | Time | # |
|---|---|---|---|
| (727) 361-2112 | 03/10/23 | 2:15 PM | 67 |
| (240) 332-6853 | 03/10/23 | 5:36 PM | 68 |
| (240) 627-5618 | 03/13/23 | 3:50 PM | 69 |
| (949) 377-1082 | 03/13/23 | 4:32 PM | 70 |
| (725) 325-2240 | 03/13/23 | 5:32 PM | 71 |
| (502) 323-2240 | 03/14/23 | 12:13 PM | 72 |
| (603) 420-7692 | 03/14/23 | 5:07 PM | 73 |
| (984) 459-9492 | 03/16/23 | 10:22 AM | 74 |
| (818) 962-7722 | 03/17/23 | 3:12 PM | 75 |
| (510) 462-9312 | 03/21/23 | 1:21 PM | 76 |
| (928) 426-3084 | 03/21/23 | 3:52 PM | 77 |
| (651) 702-0750 | 03/22/23 | 9:47 AM | 78 |
| (270) 592-3469 | 03/22/23 | 1:04 PM | 79 |
| (408) 740-4859 | 03/23/23 | 2:20 PM | 80 |
| (539) 999-0378 | 03/24/23 | 9:17 AM | 81 |
| (248) 782-3239 | 03/24/23 | 10:19 AM | 82 |
| (220) 766-7585 | 03/24/23 | 4:14 PM | 83 |
| (708) 234-1975 | 03/27/23 | 2:32 PM | 84 |
| (731) 238-8043 | 03/27/23 | 2:36 PM | 85 |
| (949) 377-1082 | 03/30/23 | 3:57 PM | 86 |
| (781) 350-8677 | 03/30/23 | 5:54 PM | 87 |
| (213) 737-1874 | 03/30/23 | 6:52 PM | 88 |
| (320) 264-9639 | 03/31/23 | 3:54 PM | 89 |
| (270) 592-2748 | 03/31/23 | 4:37 PM | 90 |
| (319) 573-3617 | 03/31/23 | 10:03 PM | 91 |
| (319) 573-3617 | 04/01/23 | 5:34 PM | 92 |
| (316) 444-9129 | 04/02/23 | 12:15 PM | 93 |
| (828) 372-5523 | 04/03/23 | 10:39 AM | 94 |
| (828) 372-5523 | 04/03/23 | 11:23 AM | 95 |
| (828) 372-5523 | 04/03/23 | 10:38 AM | 96 |
| (443) 441-0845 | 04/03/23 | 2:44 PM | 97 |
| (786) 936-1984 | 04/03/23 | 2:49 PM | 98 |
| (316) 444-9129 | 04/03/23 | 3:00 PM | 99 |
| (573) 273-2397 | 04/04/23 | 1:25 PM | 100 |
| (747) 308-4758 | 04/04/23 | 3:40 PM | 101 |
| (775) 571-8577 | 04/04/23 | 5:39 PM | 102 |
| (308) 281-5517 | 04/06/23 | 1:42 PM | 103 |
| (828) 372-5523 | 04/06/23 | 1:56 PM | 104 |
| (828) 372-5523 | 04/07/23 | 10:43 AM | 105 |
| (206) 206-1635 | 04/07/23 | 11:53 AM | 106 |
| (551) 278-8833 | 04/07/23 | 4:16 PM | 107 |
| (949) 377-1082 | 04/07/23 | 5:15 PM | 108 |
| (786) 936-2950 | 04/10/23 | 11:46 AM | 109 |

| Phone | Date | Time | # |
|---|---|---|---|
| (316) 531-3647 | 04/10/23 | 3:08 PM | 110 |
| (316) 851-3111 | 04/11/23 | 7:53 AM | 111 |
| (386) 486-5569 | 04/11/23 | 10:37 AM | 112 |
| (908) 327-6911 | 04/11/23 | 2:21 PM | 113 |
| (316) 444-9109 | 04/11/23 | 2:50 PM | 114 |
| (316) 444-9135 | 04/11/23 | 3:54 PM | 115 |
| (949) 620-6371 | 04/11/23 | 6:46 PM | 116 |
| (657) 301-4512 | 04/11/23 | 7:13 PM | 117 |
| (949) 620-6371 | 04/11/23 | 6:46 PM | 118 |
| (657) 301-4512 | 04/11/23 | 7:13 PM | 119 |
| (828) 372-5523 | 04/12/23 | 10:39 AM | 120 |
| (218) 215-8189 | 04/12/23 | 12:04 PM | 121 |
| (908) 327-6911 | 04/12/23 | 7:04 PM | 122 |
| (380) 222-7290 | 04/12/23 | 3:31 PM | 123 |
| (908) 327-6911 | 04/13/23 | 11:04 AM | 124 |
| (228) 356-6004 | 04/13/23 | 11:05 AM | 125 |
| (719) 258-1913 | 04/13/23 | 11:24 AM | 126 |
| (254) 276-0371 | 04/13/23 | 3:46 PM | 127 |
| (225) 325-0558 | 04/14/23 | 12:35 PM | 128 |
| (786) 936-1984 | 04/14/23 | 1:09 PM | 129 |
| (785) 707-4163 | 04/14/23 | 2:23 PM | 130 |
| (908) 327-6911 | 04/14/23 | 3:18 PM | 131 |
| (339) 333-6068 | 04/14/23 | 3:24 PM | 132 |
| (908) 327-6911 | 04/14/23 | 5:04 PM | 133 |
| (786) 936-1984 | 04/17/23 | 11:37 AM | 134 |
| (205) 708-6134 | 04/17/23 | 3:18 PM | 135 |
| (312) 604-7173 | 04/17/23 | 3:36 PM | 136 |
| (949) 570-9858 | 04/17/23 | 5:10 PM | 137 |
| (949) 404-4021 | 04/17/23 | 5:17 PM | 138 |
| (828) 372-5523 | 04/18/23 | 11:23 AM | 139 |
| (520) 379-8840 | 04/18/23 | 11:42 AM | 140 |
| (251) 388-3810 | 04/18/23 | 11:56 AM | 141 |
| (520) 379-8840 | 04/18/23 | 11:42 AM | 142 |
| (678) 941-0214 | 04/18/23 | 1:00 PM | 143 |
| (217) 406-2911 | 04/18/23 | 1:43 PM | 144 |
| (786) 936-1984 | 04/18/23 | 2:47 PM | 145 |
| (718) 226-0217 | 04/18/23 | 4:02 PM | 146 |
| (479) 346-0162 | 04/18/23 | 5:14 PM | 147 |
| (406) 373-7981 | 04/19/23 | 1:21 PM | 148 |
| (848) 269-1937 | 04/19/23 | 3:13 PM | 149 |
| (231) 261-4638 | 04/19/23 | 3:52 PM | 150 |
| (213) 410-5932 | 04/20/23 | 9:34 AM | 151 |
| (201) 925-7817 | 04/20/23 | 11:47 AM | 152 |

| Phone | Date | Time | # |
|---|---|---|---|
| (949) 508-1363 | 04/20/23 | 12:29 PM | 153 |
| (785) 301-9255 | 04/20/23 | 2:34 PM | 154 |
| (262) 216-6096 | 04/20/23 | 3:48 PM | 155 |
| (786) 936-1984 | 04/20/23 | 4:20 PM | 156 |
| (949) 620-6371 | 04/20/23 | 4:47 PM | 157 |
| (828) 372-5523 | 04/21/23 | 10:38 AM | 158 |
| (316) 389-3497 | 04/21/23 | 1:24 PM | 159 |
| (786) 936-1984 | 04/21/23 | 3:33 PM | 160 |
| (786) 936-1984 | 04/21/23 | 3:33 PM | 161 |
| (786) 936-1984 | 04/21/23 | 4:20 PM | 162 |
| (620) 282-6990 | 04/24/23 | 10:44 AM | 163 |
| (928) 325-9278 | 04/24/23 | 12:30 PM | 164 |
| (252) 374-6920 | 04/25/23 | 10:17 AM | 165 |
| (561) 200-1414 | 04/25/23 | 10:33 AM | 166 |
| (316) 444-9113 | 04/25/23 | 4:13 PM | 167 |
| (980) 246-3987 | 04/26/23 | 10:10 AM | 168 |
| (603) 663-9189 | 04/26/23 | 10:56 AM | 169 |
| (223) 226-1845 | 04/26/23 | 12:45 PM | 170 |
| (316) 531-3642 | 04/26/23 | 2:32 PM | 171 |
| (989) 263-1009 | 04/26/23 | 2:46 PM | 172 |
| (541) 392-9441 | 04/27/23 | 10:54 AM | 173 |
| (201) 354-1941 | 04/27/23 | 11:19 AM | 174 |
| (209) 512-3404 | 04/27/23 | 1:10 PM | 175 |
| (771) 717-7741 | 04/27/23 | 4:38 PM | 176 |
| (603) 550-8476 | 04/27/23 | 5:46 PM | 177 |
| (970) 238-9649 | 04/28/23 | 9:52 AM | 178 |
| (650) 702-1059 | 04/28/23 | 12:09 PM | 179 |
| (319) 573-3617 | 04/29/23 | 9:58 PM | 180 |
| (951) 228-7881 | 05/01/23 | 9:43 AM | 181 |
| (913) 270-6325 | 05/01/23 | 12:09 PM | 182 |
| (731) 206-2051 | 05/01/23 | 2:45 PM | 183 |
| (785) 264-5067 | 05/01/23 | 5:07 PM | 184 |
| (937) 230-3149 | 05/02/23 | 11:03 AM | 185 |
| (417) 872-9775 | 05/02/23 | 11:11 AM | 186 |
| (417) 872-9775 | 05/02/23 | 2:53 PM | 187 |
| (307) 303-7670 | 05/02/23 | 2:42 PM | 188 |
| (417) 872-9775 | 05/02/23 | 3:25 PM | 189 |
| (310) 991-4527 | 05/02/23 | 3:11 PM | 190 |
| (417) 872-9775 | 05/02/23 | 3:25 PM | 191 |
| (818) 731-3954 | 05/02/23 | 3:50 PM | 192 |
| (864) 385-2815 | 05/03/23 | 10:22 AM | 193 |
| (307) 303-7925 | 05/03/23 | 11:07 AM | 194 |
| (818) 731-3954 | 05/03/23 | 11:18 AM | 195 |

| | | | |
|---|---|---|---|
| (251) 397-8272 | 05/03/23 | 12:27 PM | 196 |
| (818) 731-3954 | 05/03/23 | 1:01 PM | 197 |
| (207) 506-0618 | 05/03/23 | 1:51 PM | 198 |
| (802) 243-7197 | 05/03/23 | 4:36 PM | 199 |
| (218) 395-9887 | 05/03/23 | 4:57 PM | 200 |
| (714) 299-9889 | 05/03/23 | 5:17 PM | 201 |
| (626) 660-7597 | 05/04/23 | 9:21 AM | 202 |
| (302) 307-0548 | 05/04/23 | 5:12 PM | 203 |
| (402) 935-7733 | 05/05/23 | 12:18 PM | 204 |
| (229) 303-7205 | 05/06/23 | 4:34 PM | 205 |
| (913) 270-6320 | 05/05/23 | 11:55 AM | 206 |
| (307) 439-0322 | 05/08/23 | 11:19 AM | 207 |
| (251) 281-2809 | 05/08/23 | 11:31 AM | 208 |
| (970) 455-1784 | 05/08/23 | 11:48 AM | 209 |
| (262) 457-6561 | 05/08/23 | 1:40 PM | 210 |
| (605) 546-3285 | 05/08/23 | 2:44 PM | 211 |
| (805) 330-2235 | 05/08/23 | 3:17 PM | 212 |
| (805) 330-2235 | 05/08/23 | 3:19 PM | 213 |
| (913) 648-5912 | 05/08/23 | 3:56 PM | 214 |
| (315) 553-4268 | 05/09/23 | 1:17 PM | 215 |
| (913) 243-1201 | 05/10/23 | 11:51 AM | 216 |
| (785) 301-9254 | 05/12/23 | 9:55 AM | 217 |
| (312) 604-7173 | 05/12/23 | 1:39 PM | 218 |
| (316) 374-5161 | 05/15/23 | 9:26 AM | 219 |
| (402) 935-7733 | 05/15/23 | 12:19 PM | 220 |
| (913) 246-4913 | 05/15/23 | 1:00 PM | 221 |
| (432) 878-6812 | 05/15/23 | 2:33 PM | 222 |
| (402) 935-7733 | 05/15/23 | 3:20 PM | 223 |
| (405) 674-5429 | 05/15/23 | 4:18 PM | 224 |
| (913) 558-9333 | 05/15/23 | 8:33 PM | 225 |
| (646) 361-4050 | 05/16/23 | 9:34 AM | 226 |
| (913) 712-9534 | 05/16/23 | 11:56 AM | 227 |
| (904) 375-6321 | 05/17/23 | 4:33 PM | 228 |
| (507) 713-5576 | 05/18/23 | 2:03 PM | 229 |
| (620) 510-1325 | 05/18/23 | 3:34 PM | 230 |
| (913) 674-8123 | 05/18/23 | 4:04 PM | 231 |
| (915) 955-8320 | 05/19/23 | 9:49 AM | 232 |
| (620) 510-1325 | 05/19/23 | 2:51 PM | 233 |
| (913) 342-5905 | 05/19/23 | 5:23 PM | 234 |
| (913) 980-7857 | 05/21/23 | 3:40 PM | 235 |
| (620) 510-1325 | 05/22/23 | 8:26 AM | 236 |
| (913) 529-5298 | 05/23/23 | 12:52 PM | 237 |
| (323) 312-3471 | 05/23/23 | 6:23 PM | 238 |

| Phone | Date | Time | # |
|---|---|---|---|
| (913) 285-5456 | 05/24/23 | 3:45 PM | 239 |
| (402) 935-7733 | 05/25/23 | 12:19 PM | 240 |
| (415) 938-2588 | 05/25/23 | 1:38 PM | 241 |
| (402) 935-7733 | 05/25/23 | 3:37 PM | 242 |
| (913) 285-5456 | 05/26/23 | 9:13 AM | 243 |
| (913) 286-5456 | 05/26/23 | 9:13 AM | 244 |
| (913) 374-3694 | 05/26/23 | 12:20 PM | 245 |
| (609) 246-4816 | 05/26/23 | 2:24 PM | 246 |
| (319) 573-3617 | 05/27/23 | 6:39 PM | 247 |
| (540) 779-6456 | 05/29/23 | 2:09 PM | 248 |
| (601) 374-2435 | 05/30/23 | 2:36 PM | 249 |
| (940) 477-0347 | 05/30/23 | 3:38 PM | 250 |
| (913) 285-5456 | 05/30/23 | 3:50 PM | 251 |
| (319) 573-3617 | 05/31/23 | 9:12 AM | 252 |
| (319) 573-3617 | 05/31/23 | 1:00 PM | 253 |
| (319) 573-3617 | 05/31/23 | 1:57 PM | 254 |
| (231) 283-1659 | 05/31/23 | 3:18 PM | 255 |
| (916) 956-5777 | 05/31/23 | 4:50 PM | 256 |
| (913) 599-2202 | 06/01/23 | 12:10 PM | 257 |
| (904) 326-1960 | 06/01/23 | 1:39 PM | 258 |
| (913) 303-4254 | 06/01/23 | 6:35 PM | 259 |
| (913) 294-1164 | 06/02/23 | 11:08 AM | 260 |
| (913) 543-3848 | 06/02/23 | 11:28 AM | 261 |
| (795) 717-9507 | 06/02/23 | 1:06 PM | 262 |
| (913) 343-5495 | 06/02/23 | 5:15 PM | 263 |
| (352) 480-5097 | 06/03/23 | 2:32 PM | 264 |
| (402) 925-7733 | 06/04/23 | 12:19 PM | 265 |
| (402) 925-7733 | 06/04/23 | 3:20 PM | 266 |
| (913) 558-9333 | 06/04/23 | 5:23 PM | 267 |
| (402) 935-7733 | 06/04/23 | 6:20 PM | 268 |
| (573) 645-7344 | 06/05/23 | 11:41 AM | 269 |
| (774) 300-6947 | 06/05/23 | 3:55 PM | 270 |
| (223) 232-1641 | 06/07/23 | 10:56 AM | 271 |
| (574) 203-6339 | 06/09/23 | 11:18 AM | 272 |
| (854) 300-7184 | 06/09/23 | 1:25 PM | 273 |
| (309) 209-9788 | 06/12/23 | 10:48 AM | 274 |
| (551) 299-7877 | 06/12/23 | 3:05 PM | 275 |
| (347) 434-9451 | 06/13/23 | 11:39 AM | 276 |
| (516) 687-7857 | 06/15/23 | 1:36 PM | 277 |
| (516) 409-7827 | 06/16/23 | 2:02 PM | 278 |
| (678) 895-2996 | 06/20/23 | 11:44 AM | 279 |
| (978) 866-4874 | 06/20/23 | 1:30 PM | 280 |
| (432) 667-0961 | 06/21/23 | 11:59 AM | 281 |

| Phone | Date | Time | # |
|---|---|---|---|
| (571) 561-0394 | 06/21/23 | 2:01 PM | 282 |
| (470) 220-2251 | 06/22/23 | 9:06 AM | 283 |
| (934) 333-1437 | 06/22/23 | 10:11 AM | 284 |
| (510) 399-6928 | 06/22/23 | 10:43 AM | 285 |
| (775) 206-8276 | 06/22/23 | 10:48 AM | 286 |
| (734) 346-5744 | 06/22/23 | 2:12 PM | 287 |
| (405) 548-1334 | 06/23/23 | 9:59 AM | 288 |
| (816) 863-5977 | 06/25/23 | 2:02 PM | 289 |
| (470) 410-2221 | 06/26/23 | 12:05 PM | 290 |
| (432) 529-1181 | 06/26/23 | 12:18 PM | 291 |
| (803) 891-8500 | 06/27/23 | 8:48 AM | 292 |
| (803) 891-8500 | 06/27/23 | 8:49 AM | 293 |
| (213) 672-6164 | 06/28/23 | 2:02 PM | 294 |
| (352) 652-5737 | 06/28/23 | 2:17 PM | 295 |
| (316) 394-0589 | 06/29/23 | 11:24 AM | 296 |
| (913) 359-3343 | 06/29/23 | 12:30 PM | 297 |
| (415) 985-9572 | 06/29/23 | 1:39 PM | 298 |
| (785) 301-6480 | 06/29/23 | 2:48 PM | 299 |
| (850) 409-3248 | 07/05/23 | 12:20 PM | 300 |
| (469) 870-6080 | 07/06/23 | 12:05 PM | 301 |

51. Each and every call was placed without the maintenance of an internal do-not-call policy.

52. On information and belief, Defendant BLC did not have a written do-not-call policy while they were sending Plaintiff the calls.

53. On information and belief, Defendant BLC did not train its representatives on the existence and use of any do-not-call list.

54. Plaintiff was harmed by the calls. Plaintiff was temporarily deprived of legitimate use of his phone because the phone line was tied up during the telemarketing calls and his privacy was improperly invaded.

55. Moreover, these calls injured Plaintiff because they were frustrating, obnoxious, annoying, were a nuisance and disturbed the solitude of Plaintiff. The calls caused Plaintiff's cell phone battery's depletion, used up cellular data, and prevented Plaintiff from otherwise using his telephone for lawful purposes.

56. Defendant's placement of multiple calls within a twelve-month period to Plaintiff's residential phone line, listed on the National DNC Registry since April 25, 2006, violated 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c).

### INJURY, HARM, DAMAGES, AND ACTUAL DAMAGES TO PLAINTIFF AS A RESULT OF THE CALLS

57. Plaintiff has been denied the use of his phone, enjoyment of his phone, and had the functionality of his phone decreased because of unnecessary charging, erosion of phone memory, and had his privacy invaded by the harassing telemarketing calls.

58. The calls harmed Plaintiff by causing the very harm that Congress sought to prevent a "nuisance and invasion of privacy."

59. Plaintiff has been annoyed, harassed, and irritated by robocalls placed to him from Defendant BLC.

60. The calls harmed Plaintiff by trespassing upon and interfering with Plaintiff's rights and interests in Plaintiff's cellular telephone by placing unwanted telemarketing calls to Plaintiff.

### CAUSES OF ACTION

### COUNT I
### Violation of the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii), by Automated Telemarketing Without Prior Express Written Consent

61. Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

62. Defendant and/or their agents violated the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii), at least three hundred and one (301) times by placing non-emergency telemarketing calls to Plaintiff's cellular telephone number using a prerecorded voice message without prior express written consent.

63. Plaintiff was statutorily damaged at least three hundred and one (301) times under 47 U.S.C. § 227(b)(3)(B) by Defendant by the telephone calls described above, in the amount of $500.00 per call.

64. Plaintiff was further statutorily damaged because Defendant willfully or knowingly violated this subsection of the TCPA. Plaintiff requests that the court treble the damage amount to $1,500.00 as permitted under U.S.C. § 227(b)(3)(C) for each and every willful and/or knowing violation.

65. Plaintiff is also entitled to and does seek an injunction prohibiting Defendant and their affiliates and agents from violating the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii), by placing non-emergency telemarketing calls to any cellular telephone number using a prerecorded voice message without prior express written consent.

## COUNT II – DNC Violations
### Violation of the TCPA, 47 U.S.C. § 227(c); 47 C.F.R. § 64.1200(c)

66. Plaintiff incorporates by reference each and every paragraph of this complaint as if fully set forth herein.

67. The TCPA prohibits telephone solicitation of residential telephone subscribers whose numbers are registered on the National Do-Not-Call Registry, 47 U.S.C. § 227(c)(5).

68. Even though Plaintiffs number has been registered on the National DNC Registry since April 25, 2006, which was more than thirty-one (31) days prior to the alleged calls, Defendant made at least three hundred and one (301) unsolicited telephone solicitation calls to Plaintiff's residential telephone line, without Plaintiff's consent, and thereby violated 47 U.S.C § 227(c) and 47 C.F.R. § 64.1200(c) (the "DNC Violations").

69. Plaintiff suffered the following injuries from each and every prerecorded voice message Violation: invasion of privacy; intrusion on Plaintiff's right of seclusion; occupation of

Plaintiff's telephone line by unwelcome calls, rendering the phone unavailable for legitimate calls; inconvenience; loss of usefulness of Plaintiff's phone; unnecessary expenditure of Plaintiff's phone's battery power; degradation of the battery; and trespass to Plaintiff's chattel, namely his cellular telephone.

70. Under § 227(c)(5), Plaintiff is entitled to receive up to $500 in damages for each violation of 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c). Because the violations were knowing and willful, the Court may award up to $1500 per violation.

71. Accordingly, Plaintiff seeks and order under Section 227(c)(5) awarding $1500 for each DNC Violation.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

A. Leave to amend this Complaint to name additional DOESs as they are identified and to conform to the evidence presented at trial;

B. A declaration that actions complained of herein by Defendant violates the TCPA;

C. An injunction enjoining Defendant and their affiliates and agents from engaging in the unlawful conduct set forth herein;

D. An award of $1500 per call in statutory damages arising from the TCPA §227(b) intentional violations jointly and severally against the corporation for 301 calls.

E. An award of $1,500 per call in statutory damages arising from the TCPA § 227(c) intentional violations jointly and severally against the corporation for 301 calls;

F. An award to Mr. Julian of damages, as allowed by law under the TCPA;

G.  An award to Mr. Julian of interest, costs and attorneys' fees, as allowed by law and equity;

H.  Such further relief as the Court deems necessary, just, and proper.

Dated: November 7, 2023,                                  Respectfully submitted,

                                                          _____
                                                          James Julian
                                                          Plaintiff, Pro Se
                                                          8787 Renner Blvd, #201
                                                          Lenexa, Kansas 66219
                                                          913-908-1687
                                                          metalworxteam@gmail.com

I.  **Demand for Jury Trial**

Plaintiff hereby demands a trial by jury on all claims so triable.

Dated: November 7, 2023,

                                                          _____
                                                          James Julian
                                                          Plaintiff, Pro Se
                                                          8787 Renner Blvd, #201
                                                          Lenexa, Kansas 66219
                                                          913-908-1687
                                                          metalworxteam@gmail.com